UNITED DISTRICT COURT FOR THE DISTRICT OF PENNSYLVANIA

Warren B. Washington,
Plaintiff

Case no. 2012 CF3 003218
Re: Habeus Corpus

V.

UNITED STATES OF AMERICA,

## STATEMENT OF FACTS

Now comes Petitioner, Warren B. Washington, layman of the law. On the exact date of 9-21-2012 was sentenced to 90 mos., with 5 year of supervised release. Petitioner remained at "Liberty" until his arrest for "Bank fraud" in July of 2021. Petitioner was convicted of said charge then sentenced to time-served followed by (5) five year of probation in December of 2022 then released from custody. Warren reported to CSOSA, in which the last agent who assisted Petitioner with receiving

-1-

his disability, informed him that he was being given a new agent. No new agent ever tried to contact Petitioner. Petitioner went to CSOSA located ... MLK, SE Washington D.C. trying to meet with the Agent that was newly assigned to him. Petition, upon arrival at CSOSA, asked to take an urine test to show that he was in compliance with all rules. Petitioner was also being supervised in the UNITED STATES DISTRICT COURT, for "BANK FRAUD" conviction by federal Probation and Parole officer STEVEN SMITH. Petitioner was never notified that a warrant or summons was lodged pertaining to the "Bank Fraud in the DISTRICT OF MARYLAND. On October 6, 2023 the U.S. MARSHALLS came to Petitioner's residence to revoke my Probation

-2-

charging me with 3 technical violations dating back to 3-01-2023. Warrant application date was 6-27-2023. On the statement of charges there was no mention of "Bank Fraud" conviction and Petitioner concedes that he had been at Liberty after being released from conviction. See Petioner's rules for violations stated, there was no mention of belated charges of "Bank Fraud". U.S. Marshals served the Parole Warrant after Petioners release on 10-26-23 in which his resumed the Supervise release which ended on November 20, 2023, 25 days after the excution of the parole warrant. Petitioner states that he was again arrested on 12-13-2023 for the exact same violations, which is clearly

-3-

"Double Jeopardy" under the 14th Amendment of the UNITED STATES Constitution. This supplemental warrant was unlawfully executed and the prior warrant was already in effect. Petitioner claims that the prior warrant has no merit and is "moot" nor is there any proof to substantiate the Parole office accusations. Petitioner was at liberty for more than a year, on supervision by the U.S. Parole and Probation, with no major infractions.

## Conclusion

Petitioner is seeking immediate release due to the U.S.P.C. lack of Jurisdiction to revoke his Parole and Probation, based on an untimely execution of a supplemental warrant that was issued (2) two

-4-

Years after Petitioners release in December 2022.

Sincerely,
W— Washington

Warren B. Washington
FDC Philadelphia
Post Office Box 562
Philadelphia, PA. 19105

U.S.M.S.
X-RAY

RECEIVED
FEB 27 2025

United States
Courthouse
601 Market Street
Room 21400
Philadelphia, PA. 19106

Legal Work